BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Adan ZARAGOZA,<br>BAMBI LNU,<br>JANE DOE#1, and<br>JANE DOE#2,<br><br>Defendants. | CASE NO. 1:12-MJ-00155-GSA<br><br>MOTION TO UNSEAL COMPLAINT AND AFFIDAVIT |

The United States of America hereby applies to this Court for an order unsealing the complaint and affidavit in support of the complaint previously sealed herein by the Court on July 11, 2012. Due to the intervening arrests of most of the defendants, the complaint and affidavit no longer need to remain sealed.

Accordingly, the United States requests that the complaint and affidavit be unsealed and made public record.

DATED: July 13, 2012          BENJAMIN B. WAGNER
                              United States Attorney

                         By:  /s/ Ian L. Garriques
                              IAN L. GARRIQUES
                              Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>Adan ZARAGOZA,<br>BAMBI LNU,<br>JANE DOE#1, and<br>JANE DOE#2,<br><br>              Defendants. | CASE NO. 1:12-MJ-00155-GSA<br><br>ORDER TO UNSEAL COMPLAINT AND AFFIDAVIT |

The complaint and affidavit in support of the complaint, having been sealed by order of this Court on July 11, 2012, and it appearing that the complaint and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the complaint and affidavit in support of the complaint herein be unsealed and made public record.

IT IS SO ORDERED.

Dated: __**July 13, 2012**__            /s/ *Dennis L. Beck*
                                                         UNITED STATES MAGISTRATE JUDGE