```
BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:12-MJ-00155 GSA |
| Plaintiff, | MOTION TO DISMISS COMPLAINT |
| v. | |
| ADAN ZARAGOZA, ET AL., | |
| Defendants. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Megan A. S. Richards, Special Assistant United States Attorney, hereby moves to dismiss the complaint in Case No. 1:12-MJ-00155 GSA as to all defendants, in the interests of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

```
                                   BENJAMIN B. WAGNER
                                   United States Attorney

Dated: March 20, 2013      By:    /s/ Megan A.S. Richards
                                   MEGAN A.S. RICHARDS
                                   Special Assistant U.S. Attorney
```

ORDER

IT IS HEREBY ORDERED that the complaint in Case Number 1:12-MJ-00155 GSA be dismissed as to all defendants in the interest of justice.

IT IS SO ORDERED.

Dated:  **March 21, 2013**                    **/s/ Sheila K. Oberto**
                                                                                                       UNITED STATES MAGISTRATE JUDGE